UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC DWAYNE VENTRESS,<br><br>            Plaintiff,<br><br>    v.<br><br>WHATCOM COUNTY JAIL, et al.,<br><br>            Defendants. | Case No. C15-299 JLR-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for summary judgment is **DENIED.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 30th day of June, 2015.

JAMES L. ROBART
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT - 1