UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC DWAYNE VENTRESS, | CASE NO. C15-0299JLR |
| Plaintiff, | ORDER |
| v. | |
| WHATCOM COUNTY JAIL, et al., | |
| Defendants. | |

The court enters the following order to clarify the status of this matter:

First, the court DENIES Defendants' motion to dismiss Plaintiff's action or in the alternative to compel discovery (Dkt. # 30) without prejudice. The court STRIKES as moot Judge Tsuchida's report and recommendation (Dkt. # 36) and Plaintiff's objections to the report and recommendation (Dkt. # 39).

Second, the court DENIES Plaintiff's motion for default (Dkt. # 40) on the merits.

Third, Defendants' motion for summary judgment (Dkt. # 37) is noted, in accordance with the court's Local Rules, for January 8, 2016. *See* Local Rules W.D.

ORDER- 1

Wash. LCR 7(d)(3). Plaintiff's response, if any, is due on January 4, 2016, and Defendants' reply, if any, is due on January 8, 2016. *See id.*

Dated this 22nd day of December, 2015.

JAMES L. ROBART
United States District Judge

ORDER- 2